# FEDERAL DEFENDERS
### MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 1960
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

August 10, 2007

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
BY HAND DELIVERY

07mc1322 CSC

Re:   Clarence Ford

Dear Judge Coody:

   Our office has been contacted by Assistant U.S. Attorney Natham Stump, regarding appointment of counsel for Mr. Ford, who is a possible target in an investigation of sale of counterfeit DVDs.

   Mr. Ford has responded to a target letter from Mr. Stump and has contacted our office. If possible, Mr. Fordl wishes to resolve this matter prior to indictment and is unable to afford counsel. A financial affidavit signed by Mr. Ford is enclosed with this letter.

   I am therefore requesting that appointment of counsel be permitted by the Court. It is my understanding that our office would be able to accept an appointment in this case.

   Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/
cc:   Nathan Stump, Esq.