IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIM. MISC. NO. 07cm1322-CSC |
| | ) | |
| CLARENCE FORD | ) | |

## **ORDER**

The court finds that is CLARENCE FORD, a person under investigation, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender be appointed to represent CLARENCE FORD for all further proceedings.

Done this 13th day of August, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE